RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
200 S. Virginia Street, Ste 340
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

Attorney for TRISTON HARRIS STEINMAN

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-mj-00137-CLB |
| Plaintiff, | |
| v. | **ORDER ON STIPULATION TO CONDUCT HEARING VIA ZOOM VIDEO TELECONFERENCE (FIRST REQUEST)** |
| TRISTON HARRIS STEINMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and KATE BERRY, Assistant Federal Public Defender, counsel for TRISTON HARRIS STEINMAN, United States Attorney JASON M. FRIERSON, and ANDREW KEENAN, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Preliminary Examination hearing set for December 1, 2022, at 3:00 PM, be conducted via Zoom video teleconference.

/ / /

/ / /

This Stipulation is entered into for the following reasons:

1. Mr. Steinman is currently on bond in Utah.

2. Mr. Steinman has been advised of the nature of this proceeding and his right to appear in person at this proceeding.

3. After consultation, Mr. Steinman consents to appear by video teleconference.

4. This is the first request for the hearing to be conducted via video teleconference.

DATED this November 22, 2022.

RENE L. VALLADARES                           JASON M. FRIERSON
Federal Public Defender                      United States Attorney

By  /s/ Kate Berry                           By   /s/ Andrew Keenan
    KATE BERRY                                    ANDREW KEENAN
    Assistant Federal Public Defender            Assistant United States Attorney
    Counsel for TRISTON STEINMAN                 Counsel for the Government

2

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Preliminary Examination hearing set for

December 1, 2022, at 3:00 PM, be vacated conducted via Zoom video teleconference.


DATED this __22nd__ day of November, 2022.


_____
UNITED STATES MAGISTRATE JUDGE

3